AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KRATZER FARMS INC.; GARY KRATZER; PINKERTON FARMS INC.
DANIEL PINKERTON; PHIL PASKO FARMS INC.; CALEY BROS. FARMS INC.
CALEY FARMS INC.; DK FARMS INC.; DARRELL BLAIR
SELDOM REST FARMS OF HUNTINGTON INC.
    Plaintiff(s)

v.   Civil Action No. 1:22-cv-213

INDIANA GRAIN BUYERS AND WAREHOUSE LICENSING AGENCY
THOMAS HARRY WILMOTH, *in his official and personal capacity*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($_____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED. All claims under the United States Constitution are DISMISSED with prejudice. All remaining state-law claims are DISMISSED WITHOUT PREJUDICE to refiling.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Holly A Brady on Motion to Dismiss for Failure to State a Claim

DATE:  5/16/2023                          CHANDA J. BERTA, CLERK OF COURT

by        /s/ S. Kowalsky
           *Signature of Clerk or Deputy Clerk*